UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

DANIEL A. SAMPSON,

Petitioner,

v.

RICHARD STIFF, Warden,

Respondent .

Civil No. 00-1734 (ADM/ESS)

**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY WRIT SHOULD NOT BE GRANTED**

Petitioner, a federal prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, claiming that his inmate classification is based on a misapplication of federal law.

The Respondent is directed to make a return in writing within 20 days from the date of this order, addressing the issues raised in the petition, and showing cause why the writ should not be granted.

The return shall be filed with the Court and shall include:

1. Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's confinement, and the manner in which his sentence is to be served;

2. A reasoned memorandum of law and fact explaining why Respondent believes the writ should not be granted, and setting forth Respondent's recommendation as to whether an evidentiary hearing should be conducted in this matter; and

3. A certified copy of such of the following as may be material to the issues raised by the petition: the Indictment, the plea, the judgment, the trial record, or, if the petitioner pleaded guilty, a transcript of the proceedings at which he pleaded guilty, as well as any

FILED JUL 31 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____________
DEPUTY CLERK____________

other written materials that may be germane to the issues presented in the petition.

If Respondent contends that 28 U.S.C. § 2241 does not provide a remedy for the claims set forth in the petition, Respondent shall discuss whether or not the action can be, and should be, construed as a civil action seeking some other remedy, (e.g. an injunction or a writ of mandamus).

If Respondent contends that this action should be dismissed because Petitioner has failed to exhaust his administrative remedies, then Respondent shall address the "futility" argument Petitioner has offered at paragraphs 17 and 18 (on page 7) of his petition.

Absent compliance with this order within the 20 day time period, the court will entertain a motion to grant the relief prayed for in said petition. Upon the filing of the foregoing, the parties shall await the further order of this court.

Dated: July 31, 2000

E.S. SWEARINGEN,
United States Magistrate Judge