UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

DANIEL A. SAMPSON,

Petitioner,

v.

RICHARD L.STIFF,

Respondent.

Civil No. 00-1734 (ADM/ESS)

**ORDER**

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge E. S. Swearingen dated November 13, 2000, all the files and records, and no objections having been filed to said Recommendation,

**IT IS HEREBY ORDERED that**:

1. The motion for a temporary restraining order and preliminary injunction [Docket No. 9] be **denied** at this time with leave to renew in the event Petitioner files a civil action and the motion is still relevant.

DATED: December 6, 2000.

ANN D. MONTGOMERY
United States District Judge

DEC 07 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK