UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DANIEL A. SAMPSON,

Petitioner,

v.

RICHARD L. STIFF, Warden

Respondent.

Civil No. 00-1734 (ADM/ESS)

**REPORT AND RECOMMENDATION**

THIS MATTER was before the undersigned United States Magistrate Judge on Petitioner Daniel A. Sampson's pro se application for habeas corpus relief under 28 U.S.C. § 2241 [Docket No. 1] and motion to proceed in forma pauperis [Docket No. 2]. The undersigned issued an Order dated November 13, 2000, which stated that Plaintiff was to comply with the Order by December 15, 2000, or it would be recommended that this action be dismissed, without prejudice, pursuant to Fed. R. Civ. P. 41(b). [Docket No. 10].

Defendant did not comply with the Order by December 15, 2000. However, Plaintiff has not received copies of Court documents because he cannot be located. A review of the docket in this case reveals that Plaintiff was released from prison, leaving no address with the Bureau of Prisons. Attempts to find an address for Plaintiff have been unsuccessful, and Plaintiff has not contacted the Court.

## I. RECOMMENDATION

Based on the foregoing, and all the files, records and proceedings herein,

**IT IS HEREBY RECOMMENDED that:**

1. Defendant's action be **dismissed without prejudice** pursuant to Fed. R. Civ. p. 41(b).

FEB 0 8 2001

FILED ______
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: February 7, 2001

E. S. SWEARINGEN
United States Magistrate Judge

Pursuant to Local Rule 72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of Court and serving all parties, within ten days after being served with a copy thereof, written objections which specifically identify the portions of the proposed findings, recommendations or report to which objection is being made, and a brief in support thereof. This Report and Recommendation does not constitute an order or judgment of the District Court, and it is therefore not appealable to the Circuit Court of Appeals. A party may respond to the objecting party's brief with ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made.